United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-18323-jkf
Marie Brown                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP            Page 1 of 1              Date Rcvd: Mar 13, 2020
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13831439       +Fax: 407-737-5634 Mar 14 2020 03:51:57     Ocwen Loan Servicing, LLC,   1661 Worthington Road,
                 Suite 100,   West Palm Beach, FL 33409-6493
                                                                                               TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
              DAVID B. SPITOFSKY    on behalf of Debtor Marie  Brown spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor   The Bank of New York Mellon et. al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor   U.S. Bank National Association as Trustee for NRZ
               Inventory Trust paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   The Bank of New York Mellon et. al. paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association as Trustee for NRZ
               Inventory Trust bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-18323-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Marie Brown
6727 N. 17th Street
Philadelphia PA 19126

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/12/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 6: Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409 | NATIONSTAR MORTGAGE LLC<br>D/B/A MR. COOPER<br>P.O. BOX 619096<br>DALLAS, TX 75261-9741 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/15/20

Tim McGrath
**CLERK OF THE COURT**