United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marie Brown  
    Debtor

Case No. 16-18323-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 2    Date Rcvd: Jun 17, 2020  
                Form ID: pdf900    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2020.

```
db             +Marie Brown,   6727 N. 17th Street,   Philadelphia, PA 19126-2736
13831432        1st Collection Services,   1092 Otter Creek East Boulevard,   Mabelvale, AR 72103
13831436       +Complete Collection Service,   1007 N. Federal Highway #280,   Fort Lauderdale, FL 33304-1422
13831429       +David B. Spitofsky, Esquire,   Law Office of David B. Spitofsky,   516 Swede Street,
                 Norristown, PA 19401-4807
14482845      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: NATIONSTAR MORTGAGE LLC,   D/B/A MR. COOPER,   P.O. BOX 619096,
                 DALLAS, TX 75261-9741)
13831439       +Ocwen Loan Servicing, LLC,   1661 Worthington Road,   Suite 100,
                 West Palm Beach, FL 33409-6493
13831441        Penn Medicine,   P.O. Box 824406,   Philadelphia, PA 19182-4406
13831442        Pennsylvania Hospital,   P.O. Box 824329,   Philadelphia, PA 19182-4329
13831443       +Philadelphia Corporation for Aging,   642 North Broad Street,   Philadelphia, PA 19130-3499
13831445       +Stern & Eisenberg, LLP,   1581 Main Street,   Suite 200,   Warrington, PA 18976-3403
13831446       +Talk America,   2704 Alt. 19 North,   Palm Harbor, FL 34683-2639
13941909        The Bank of New York Mellon,   c/o Joseph A. Dessoye, Esquire,   1617 JFK Blvd., Suite 1400,
                 One Penn Center Plaza,   Phila., PA  19103
14471954       +U.S. Bank National Association as Trustee for NRZ,   C/O KML Law Group,
                 701 Market Street Suite 5000,   Philadelphia, PA. 19106-1541
13831447      ++WACHOVIA BANK NA,   MAC X2303-01A,   1 HOME CAMPUS,   1ST FLOOR,   DES MOINES IA 50328-0001
                (address filed with court: Wachovia Bank, N.A.,   P.O. Box 96044,   Charlotte, NC 28296-0074)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Jun 18 2020 04:26:17    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 18 2020 04:25:52
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 18 2020 04:26:09    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13831433       +E-mail/Text: seinhorn@ars-llc.biz Jun 18 2020 04:26:30    Ability Recovery Services, LLC,
                 P.O. Box 4031,   Wyoming, PA 18644-0031
13831434        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2020 04:27:37
                 Capital One Bank USA, N.A.,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
13921739       +E-mail/Text: megan.harper@phila.gov Jun 18 2020 04:26:17
                 City of Philadelphia Law Department, Tax Unit,   Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd, 5th Floor,   Philadelphia, Pennsylvania 19102-1640
13831435        E-mail/Text: documentfiling@lciinc.com Jun 18 2020 04:25:34    Comcast Cable,   P.O. Box 3005,
                 Southeastern, PA 19398-3005
13831437        E-mail/PDF: creditonebknotifications@resurgent.com Jun 18 2020 04:28:20    Credit One Bank,
                 P.O. Box 60500,   City of Industry, CA 91716-0500
13831431       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 18 2020 04:26:03    Frederic J. Baker, Esquire,
                 Office of U.S. Trustee,   833 Chestnut Street, Suite 500,   Philadelphia, PA 19107-4405
13831438        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 18 2020 04:26:07    Jefferson Capital Systems, LLC,
                 16 Mcleland Road,   Saint Cloud, MN 56303-2198
13890599        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2020 04:27:44
                 LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13831440       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 18 2020 04:25:43    PECO Energy Company,
                 N3-2, Accounts Receivable Grp,   2301 Market Street,   Philadelphia, PA 19103-1338
13891472        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2020 04:27:03
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13831444        E-mail/Text: bankruptcy@sw-credit.com Jun 18 2020 04:26:04    Southwest Credit,
                 4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
                                                                                               TOTAL: 14

           ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
13831430*      +Marie Brown,   6727 N. 17th Street,   Philadelphia, PA 19126-2736
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: PaulP               Page 2 of 2                  Date Rcvd: Jun 17, 2020
                              Form ID: pdf900           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2020 at the address(es) listed below:
          DAVID B. SPITOFSKY    on behalf of Debtor Marie  Brown spitofskybk@verizon.net,
           spitofskylaw@verizon.net
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JEROME B. BLANK    on behalf of Creditor   The Bank of New York Mellon et. al. paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor   U.S. Bank National Association as Trustee for NRZ
           Inventory Trust paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor   The Bank of New York Mellon et. al. paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association as Trustee for NRZ
           Inventory Trust bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    MARIE BROWN<br><br>        Debtor | Chapter 13<br><br>Bankruptcy No. 16-18323-JKF |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: June 17, 2020**

JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE